UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEEDEE ZHU,<br><br>　　　　　　　　　　　　Defendant. | Case No. 19-cr-04407-BAS-9<br><br>**ORDER TERMINATING AS MOOT MOTION TO REDUCE SENTENCE (ECF No. 668)** |

Defendant Deedee Zhu, self-represented, filed a motion for a reduced sentence in light of U.S. Sentencing Guidelines Amendment 821. (ECF No. 668.) Pursuant to General Order 755, the Court referred the case to Federal Defenders to determine whether a Joint Recommendation was appropriate. (ECF No. 671.)

On February 13, 2024, Federal Defenders filed a Status Report noting Zhu was released from custody on February 2, 2024. (ECF No. 680.) Accordingly, given Zhu's release, the Court **TERMINATES AS MOOT** the Motion to Reduce Sentence. (ECF No. 668.)

　　**IT IS SO ORDERED.**

**DATED: February 27, 2024**

Hon. Cynthia Bashant
United States District Judge